Michael Chika MEREMIKWU, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 06–60072

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 27, 2007.

Michael Chika Meremikwu, Grand Prairie, TX, pro se.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Donald Anthony Couvillon, Thomas Ward Hussey, Director, Holly Michele Smith, Linda Susan Wendtland, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, for Respondent.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: [*]

Michael Chika Meremikwu, a native and citizen of Nigeria, petitions this court to review the final order of removal issued by the Board of Immigration Appeals (BIA). Meremikwu failed to file his petition within

---

the 30–day period mandated by 8 U.S.C. § 1252(b)(1). Accordingly, we lack jurisdiction to consider it. *See Navarro–Miranda v. Ashcroft,* 330 F.3d 672, 676 (5th Cir.2003).

The petition for review is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.